UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS JONES, <br><br> Plaintiff, <br><br> v. <br><br> LAW OFFICES OF PAUL D. LAWENT, <br><br> Defendant. | 1:14-cv-05927 <br><br> Honorable Robert M. Dow, Jr. |

**MOTION FOR PROVE-UP AND ENTRY OF JUDGMENT**

NOW COMES the Plaintiff, THOMAS JONES ("Thomas"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., submits this Motion for Prove-Up and Entry of Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure against the Defendant, LAW OFFICES OF PAUL D. LAWENT ("Lawent"), and in support thereof, stating as follows:

1. Thomas brought this lawsuit against Lawent for damages for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, et seq. ("FDCPA"). The lawsuit seeks statutory and actual damages.

2. On October 1, 2014, this Court granted Thomas' oral motion for entry of default judgment against Lawent for failure to appear, answer or otherwise plead, and set the matter for prove-up on October 22, 2014 at 9:15 a.m.

3. Thomas seeks entry of a judgment amount against Lawent in the amount of $1,000.00 in statutory damages plus $5,238.75 in costs and reasonable attorney fees as provided under 15 U.S.C. §1692k  *See* Affidavit of Mohammed O. Badwan, attached as **Exhibit A**.

1

WHEREFORE, Plaintiff, THOMAS JONES, prays for an entry Judgment against Defendant, LAW OFFICES OF PAUL D. LAWENT, in the amount of $1,000.00 in statutory damages and $5,238.75 in costs and reasonable attorney fees.

Dated: October 15, 2014                    Respectfully Submitted,

/s/ Mohammed O. Badwan
Mohammed O. Badwan, Esq. ARDC#6299011
Daniel J. McGarry, Esq. ARDC#6309647
Counsel for Plaintiff
Sulaiman Law Group, LTD
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8181
Fax: (630)575-8188

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2014 I caused copies of Plaintiff's **Motion for Prove-Up and Entry of Judgment** to be filed pursuant to the Federal Rules of Civil Procedure and Local Rules with the Clerk of the United States District Court, Northern District of Illinois, using the CM/ECF system. Copies will be served by certified mail by depositing copies of the same, at 900 Jorie Blvd., Oak Brook, Illinois 60523, with proper postage pre-paid, upon the following:

    Law Offices of Paul D. Lawent
    c/o Paul D. Lawent
    80 Essex Road
    Elk Grove Village, IL 60007

    /s/ Mohammed O. Badwan
    Mohammed O. Badwan, Esq. ARDC#6299011
    Daniel J. McGarry, Esq. ARDC#6309647
    Counsel for Plaintiff
    Sulaiman Law Group, LTD
    900 Jorie Blvd, Ste 150
    Oak Brook, IL 60523
    Phone (630)575-8181
    Fax: (630)575-8188